**P. K. SCHRIEFFER LLP**
Paul K. Schrieffer, Esq. (CSB#151358)
Carol A. Baidas, Esq. (CSB#263036)
100 North Barranca Street, Suite 1100
West Covina, California 91791
Telephone:   (626) 373-2444
Facsimile:    (626) 974-8403
Emails:  pks@pksllp.com
         cab@pksllp.com

Attorneys for Defendants, BURTON WAY HOTELS, LLC and FOUR SEASONS HOTELS LIMITED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| PAZ DE LA HUERTA, | CASE NO.: |
| Plaintiff, | Removed from the Superior Court of California for the County of Los Angeles, Case No. 18STCV04723 |
| vs. | |
| HARVEY WEINSTEIN, an individual; THE WEINSTEIN COMPANY, a Delaware LLC; FOUR SEASONS HOTEL, LTD; a Canadian Corporation; BURTON WAY HOTELS, LTD, a California Limited Partnership; BURTON WAY HOTELS LLC, a Delaware LLC; and DOES 1 through 25, inclusive, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION)** |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

**TO THE COURT, TO PLAINTIFF, AND TO HER ATTORNEY OF RECORD:**

1

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION)**

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone:   (626) 373-2444
Facsimile:   (626) 974-8403
www.pkslllp.com

**PLEASE TAKE NOTICE** that Defendants BURTON WAY HOTELS, LLC, and FOUR SEASONS HOTELS LIMITED ("Four Seasons") hereby remove this case from the Superior Court of California for the County of Los Angeles to the United States District Court for the Central District of California, Western Division, under 28 U.S.C. § 1331. Four Seasons deny plaintiff PAZ DE LA HUERTA's ("Huerta") allegations in the Complaint and files this notice without waiving any defenses, exceptions, or obligations that may exist in its favor in state or federal court.

I.   **STATEMENT OF COMMENCEMENT OF CASE**

1.   Huerta's original complaint was filed on November 13, 2018. This litigation arises from the alleged predatory actions of Harvey Weinstein at various locations in the United States. Huerta is an alleged victim of Weinstein's, one instance of which plaintiff alleges occurred in January of 2011 at the Four Seasons Hotel Los Angeles at Beverly Hills ("Four Seasons LA"). Huerta alleges that the defendants are liable for the alleged January 2011 incident wherein Weinstein allegedly exposed himself to Huerta in his hotel room at the Four Seasons LA.

2.   In particular, Huerta alleges that the defendants are liable because they were on notice that Weinstein is an alleged sexual predator, and that they failed to notify third parties, including Huerta, of the danger of being alone with Weinstein. Plaintiff further alleges that the defendants actively assisted Weinstein in his alleged predation, and were paid for doing so.

3.   Huerta then filed a first amended complaint on February 19, 2019. In Huerta's First Amended Complaint, plaintiff adds a new cause of action entitled: "Sixth Cause of Action Count II – Participating in a Venture in Violation of 18 U.S.C. § 1591.

4.   The addition of this new sixth cause of action renders the case one in which this court has original jurisdiction pursuant to 28 U.S.C. § 1331 – federal

2

question jurisdiction – as federal law gives rise to Huerta's new 6th Cause of Action, *Merrel Dow Pham, Inc. v. Thomson,* (1986) 478 US 804, 808, and is one which may be removed to this court by these defendants pursuant to 28 U.S.C. § 1441(a) in that it arises under "the Constitution, law or treaties of the United States" 28 U.S.C. § 1331.

## II.   PLEADINGS AND NOTICE TO STATE COURT

5.     True and correct copies of the Summons, Civil Case Cover Sheet, and Complaint attached hereto as **Exhibit A**, and First Amended Complaint attached hereto as **Exhibit B**; are being filed with this Notice of Removal.  Pursuant to 28 U.S.C. § 1446(d), written notice of this removal is being served on Plaintiff and filed with the Superior Court of California for the County of Los Angeles.

## III.   TIMELINESS OF REMOVAL

6.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed "within 30 days after the receipt by [Four Seasons], through service or otherwise, of a copy of Huerta's first amended complaint [served to Four Season's counsel on or about February 19, 2019, and] setting forth the claim for relief upon which such action or proceeding is based."  *See also Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

7.     Importantly, the 30-day period commences only upon formal service of process and not upon any other form of notice or the mere receipt of the Complaint.  *See id.* at 348 ("[W]e hold that a named defendant's time to remove is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, through service or otherwise, after and apart from service of the summons, but not by mere receipt of the complaint unattended by any formal service.").

8.     This Removal is filed within the March 22, 2019 deadline set out in 28 U.S.C. § 1446(b).

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone:   (626) 373-2444
Facsimile:    (626) 974-8403
www.pksllp.com

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331
(FEDERAL QUESTION)

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone:   (626) 373-2444
Facsimile:   (626) 974-8403
www.pkslllp.com

## IV.   STATEMENT OF STATUTORY BASIS FOR JURISDICTION

9.   This action is within the original jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331.  This statute provides, that "[T]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

10.   In addition, to federal question jurisdiction of 28 U.S.C. § 1331, removal is proper in that Huerta's first amended complaint specifically pleads a cause of action stemming from Four Seasons' alleged violation of 18 U.S.C. §1591.   Further, 18 U.S.C. § 1595(a) contemplates the relief available for an alleged violation of 1591, and reads in relevant part:  "An individual who is a victim of a violation of this chapter may bring a civil action against the perpetrator (or whoever knowingly benefits, financially or by receiving anything of value from participation in a venture which that person knew or should have known has engaged in an act in violation of this chapter) **in an appropriate district court of the United States** and may recover damages and reasonable attorneys fees."

11.   Further, the proof of service attached to Huerta's First Amended Complaint indicates that service of the first amended complaint was made to defendant Harvey Weinstein in Jericho, New York.  Thus, diversity of citizenship exists pursuant to 28 U.S.C. § 1332 and 28 U.S.C. 1441(b).

12.   Pursuant to 28 U.S.C. § 1332, this court has jurisdiction over this matter based on Diversity in that it involves citizens of different states, California and New York.  28 U.S.C. § 1332(a) 1, 3, 4.

13.   Additionally, to qualify under diversity of citizenship "the matter in controversy must exceed the sum of value of $75,000."  28 U.S.C. § 1332(a). Plaintiff has stated in her first amended complaint, that she is seeking at least $55 million for damage to her career, as well as punitive damages.

///

4

V.    **JURY DEMAND**

Four Seasons hereby demands a trial by jury.

VI.   **REMOVAL**

**WHEREFORE**, Four Seasons respectfully removes this action to the United States District Court for the Central District of California, Western Division, and pray for such relief as the Court deems just and proper.

Dated:        March 22, 2019                    **P.K. SCHRIEFFER LLP**


By:  __/s/ Paul K. Schrieffer_____
     Paul K. Schrieffer, Esq.
     Carol A. Baidas, Esq.
     Attorneys for Defendants, BURTON
     WAY HOTELS, LLC, and FOUR
     SEASONS HOTELS LIMITED

**P.K. SCHRIEFFER LLP**
**100 N. Barranca Street, Suite 1100**
**West Covina, California 91791**
**Telephone:   (626) 373-2444**
**Facsimile:   (626) 974-8403**
**www.pksllp.com**

5