AARON G. FILLER, Esq. SBN 302956
Tensor Law, P.C.
2716 Ocean Park Blvd, #3082
Santa Monica, California 90405
Tel: (310) 450-9689, Fax: (310) 496-3176
afiller@tensorlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PAZ DE LA HUERTA

Plaintiff(s),

v.

HARVEY WEINSTEIN; THE WEINSTEIN COMPANY;
FOUR SEASONS, et al

Defendant(s).

**CASE NUMBER**

2:19-cv-02183

**REQUEST FOR DISMISSAL OF PARTY
PURSUANT TO FEDERAL RULES OF
CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Tim Sarnoff _____

_____
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by Paz De La Huerta _____.

The request for dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

March 25, 2019 _____            /s/ Aaron G. Filler, Esq. _____
*Date*                                    *Signature of Attorney/Party*

*NOTE:* *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for
summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive
pleading or prior to the beginning of trial.*

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2716 Ocean Park Blvd, #3082, Santa Monica, CA 90405.

On March 25, 2019 I served the foregoing document(s) described as

**REQUEST FOR DISMISSAL OF SARNOFF**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☐ **(BY MAIL)** I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of TENSOR LAW, P.C., and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _FEDERAL EXPRESS to receive said documents, with delivery fees provided for.  I am readily familiar with the practices of TENSOR LAW P.C., for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by FEDERAL EXPRESS on said date in the ordinary course of business as to parties not ECF-registered.

☒ **(BY THE COURT'S ECF SYSTEM)** I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, Western Division on all ECF-registered parties in the action.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ (State)   I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on March 25, 2019 at Santa Monica, California

Jodean Petersen
_____
Type or Print Name

_Jodean Petersen_
_____
Signature

-7-

REQUEST FOR DISMISSAL OF SARNOFF

<u>PAZ DE LA HUERTA v. HARVEY WEINSTEIN, ET AL</u>

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>SERVICE LIST</u>

| | |
|---|---|
| Carol Baidas, Esq.<br>Philip K. Schrieffer, Esq.<br>**P.K. SCHRIEFFER LLP**<br>100 North Barranca Street, Suite 1100<br>West Covina, CA 91791<br>Phone: (626) 373-2444<br>Facsimile: (626) 974-8403<br>*pks@pksllp.com*<br>*cab@pksllp.com* | Attorneys for Defendants:<br><br>  THE FOUR SEASONS HOTELS<br>    LTD<br>  BURTON WAY HOTELS LTD<br>  BURTON WAY HOTELS LLC |
| Marvin S. Putnam<br>**LATHAM & WATKINS LLP**<br>10250 Constellation Blvd. Suite 1100<br>Los Angeles, CA 90067<br>Direct Dial: +1.424.653.5588<br>Fax: +1.424.653.5501<br>marvin.putnam@lw.com | Attorneys for Defendant:<br><br>  TIMOTHY SARNOFF |
| Phyllis Kupferstein<br>**KUPFERSTEIN MANUEL LLP**<br>865 South Figueroa Street, Suite 3338<br>Los Angeles, California 90017<br>213-988-7531 main<br>213-988-7532 fax<br>pk@kupfersteinmanuel.com | Attorneys for Defendant:<br><br>  HARVEY WEINSTEIN |

/S/ Aaron G. Filler

-8-