**P. K. SCHRIEFFER LLP**
Paul K. Schrieffer, Esq. (CSB#151358)
Carol A. Baidas, Esq. (CSB#263036)
100 North Barranca Street, Suite 1100
West Covina, California 91791
Telephone:  (626) 373-2444
Facsimile:   (626) 974-8403
Emails: pks@pksllp.com
         cab@pksllp.com

Attorneys for Defendants, BURTON WAY HOTELS, LLC and FOUR SEASONS HOTELS LIMITED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAZ DE LA HUERTA, | CASE NO.: 2:19-cv-02183-CAS-JC |
| Plaintiff, | |
| vs. | **DECLARATION OF CAROL A. BAIDAS IN SUPPORT OF DEFENDANTS BURTON WAY HOTELS, LLC AND FOUR SEASONS HOTELS LIMITED'S OPPOSITION TO PLAINTIFF PAZ DE LA HUERTA'S MOTION TO REMAND TO STATE COURT** |
| HARVEY WEINSTEIN, an individual; THE WEINSTEIN COMPANY, a Delaware LLC; FOUR SEASONS HOTEL, LTD; a Canadian Corporation; BURTON WAY HOTELS, LTD, a California Limited Partnership; BURTON WAY HOTELS LLC, a Delaware LLC; and DOES 1 through 25, inclusive, | |
| | Date:       April 19, 2019 |
| | Time:       10:00 a.m. |
| | Courtroom: 8D |
| | JUDGE:  Hon. Christina A. Snyder |
| Defendants. | Magistrate: Hon. Jacqueline Chooljian |

1

**DECLARATION OF CAROL A. BAIDAS IN SUPPORT OF DEFENDANTS BURTON WAY HOTELS, LLC AND FOUR SEASONS HOTELS LIMITED'S OPPOSITION TO PLAINTIFF PAZ DE LA HUERTA'S MOTION TO REMAND TO STATE COURT**

I, CAROL A. BAIDAS, DECLARE:

1. I am over the age of 18, am a resident of the County of Los Angeles and of the State of California. I am an attorney duly licensed to practice law before all State Courts within the State of California and I am duly admitted to the United States District Court, Central District of California. I have personal knowledge of the facts herein, and, if called as a witness in a court of law, could testify competently thereto.

2. I am an associate attorney with the law firm P.K. SCHRIEFFER LLP.

3. Defendants filed a Notice of Removal (hereinafter "the Notice") to federal court on March 22, 2019. In paragraph 6 of that Notice, a scrivener's error was made with regard to the date of service of the First Amended Complaint. Specifically in line 16 of that paragraph, the date of service is listed as February 19, 2019. The correct date that the First Amended Complaint was served is February 20, 2019. This is corroborated by the FedEx mailing receipt attached hereto, and incorporated by reference herein as **Exhibit "A"**.

4. My understanding of both the state and federal rules of civil procedure regarding service of a complaint and summons is that service is to be

2

**DECLARATION OF CAROL A. BAIDAS IN SUPPORT OF DEFENDANTS BURTON WAY HOTELS, LLC AND FOUR SEASONS HOTELS LIMITED'S OPPOSITION TO PLAINTIFF PAZ DE LA HUERTA'S MOTION TO REMAND TO STATE COURT**

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403
www.pksllp.com

pursuant to state rules, and that service is complete at the time of the deposit of the item, **but** any period of notice and any right or duty to make any response, shall be extended by two court days when the service is made by express/overnight mail such as FedEx.

5. In addition to being allotted the two (2) extra court days, I believe that the time to respond to the complaint or First Amended Complaint does not begin to run until formal service of the complaint has occurred.

6. Formal service of the First Amended Complaint did not occur until February 20, 2019. As per the rules regarding service by overnight or express mail, defendants were entitled to extend their time to respond to the First Amended Complaint by two (2) court days. FRCP4; C.C.P. § 1013(c). I believe that makes the filing of the Notice filed on March 22, 2019, timely. In fact, due to there being twenty-eight (28) days in February, defendants timely filed the Notice on March 22, 2019, without even using the two (2) court days as allowed by C.C.P. § 1013(c).

///

///

///

3

**DECLARATION OF CAROL A. BAIDAS IN SUPPORT OF DEFENDANTS BURTON WAY HOTELS, LLC AND FOUR SEASONS HOTELS LIMITED'S OPPOSITION TO PLAINTIFF PAZ DE LA HUERTA'S MOTION TO REMAND TO STATE COURT**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 29, 2019, at West Covina, CA.

        */s/ Carol A. Baidas*
        Carol A. Baidas

**P.K. SCHRIEFFER LLP**
**100 N. Barranca Street, Suite 1100**
**West Covina, California 91791**
**Telephone: (626) 373-2444**
**Facsimile: (626) 974-8403**
**www.pksllp.com**

**DECLARATION OF CAROL A. BAIDAS IN SUPPORT OF DEFENDANTS BURTON WAY HOTELS, LLC AND FOUR SEASONS HOTELS LIMITED'S OPPOSITION TO PLAINTIFF PAZ DE LA HUERTA'S MOTION TO REMAND TO STATE COURT**

# PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 100 N. Barranca Street, Suite 1100, West Covina, California 91791.

On **March 29, 2019,** I served the foregoing document(s) described as **DECLARATION OF CAROL A. BAIDAS IN SUPPORT OF DEFENDANTS BURTON WAY HOTELS, LLC AND FOUR SEASONS HOTELS LIMITED'S OPPOSITION TO PLAINTIFF PAZ DE LA HUERTA'S MOTION TO REMAND TO STATE COURT,** by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

**(XX) BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at West Covina, California in the ordinary course of business.

**( ) BY PERSONAL SERVICE**: I delivered such envelope(s) by hand to the office(s) of the addressee(s) noted above.

**( ) BY FEDERAL EXPRESS**: I caused said envelope(s) to be sent by Federal Express to the address(es) noted above.

**( ) BY FACSIMILE**: by use of facsimile machine, I served a copy of the document(s) on the interested party(ies) by transmitting by facsimile machine (626) 974-8403 to the party(ies) on the proof of service. The facsimile machine I used complied with California Rules of Court, Rule 2.301, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306(h), I caused the machine to print a transmission report to reflect it was properly issued by the sending facsimile machine and is attached hereto.

**(XX) CM/ECF SYSTEM**: I caused such document(s) to be transmitted electronically through the CM/ECF website of the United States District Court for the Central District of California, Western Division on all ECF-registered parties in this action.

**(XX) STATE**: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**(XX) FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction and service was made. I declare under penalty of perjury that the above is true and correct.

Executed on **March 29, 2019** at West Covina, California.

_____
Janine Luirette

1
**MASTER POS**

## SERVICE LIST

| | |
|---|---|
| Aaron G. Filler, Esq.<br>Chanel Katiraie, Esq.<br>Tensor Law, P.C.<br>2716 Ocean Park Blvd., #3082<br>Santa Monica, CA 90405 | ***Attorneys for Plaintiff***<br>Tel: (310) 450-9689<br>Fax: (310) 496-3176 |
| Timothy Sarnoff<br>6040 Sunset Blvd.<br>Los Angeles, CA 90028 | *Defendant:*<br><br>Timothy Sarnoff |
| Harvey Weinstein<br>50 Jericho Quadrangle, Suite 200<br>Jericho, NY 11753-2726 | *Defendant:*<br><br>Harvey Weinstein |

P.K. SCHRIEFFER LLP
100 N. Barranca Street, Suite 1100
West Covina, California 91791
Telephone: (626) 373-2444
Facsimile: (626) 974-8403
www.pksllp.com