EXHIBIT "A"



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

3/25/2019     Track your package or shipment with FedEx Tracking



774510246882      

# Delivered
# Wednesday 2/20/2019 at 11:18 am



**DELIVERED**

Signed for by: M.SANDOVAL

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| SANTA MONICA, CA US | WEST COVINA, CA US |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER**<br>774510246882 | **SERVICE**<br>FedEx Standard Overnight | **WEIGHT**<br>1 lbs / 0.45 kgs |
| **DELIVERED TO**<br>Receptionist/Front Desk | **TOTAL PIECES**<br>1 | **TOTAL SHIPMENT WEIGHT**<br>1 lbs / 0.45 kgs |
| **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>Paz FAC | **PACKAGING**<br>FedEx Envelope |
| **SPECIAL HANDLING SECTION**<br>Deliver Weekday | **STANDARD TRANSIT**<br>2/20/2019 by 3:00 pm | **SHIP DATE**<br>Tue 2/19/2019 |

**ACTUAL DELIVERY**
Wed 2/20/2019 11:18 am

## Travel History

Local Scan Time 

**Wednesday, 2/20/2019**

| Time | Location | Status |
|---|---|---|
| 11:18 am | WEST COVINA, CA | Delivered |
| 9:08 am | CITY OF INDUSTRY, CA | On FedEx vehicle for delivery |
| 7:16 am | CITY OF INDUSTRY, CA | At local FedEx facility |
| 2:42 am | OAKLAND, CA | Departed FedEx location |

https://www.fedex.com/apps/fedextrack/?tracknumbers=774510246882     1/2



March 27, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **774510246882**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | M.SANDOVAL | **Delivery location:** | WEST COVINA, CA |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Feb 20, 2019 11:18 |
| **Special Handling:** | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774510246882 | **Ship date:** | Feb 19, 2019 |
| | | **Weight:** | 1.0 lbs/0.5 kg |

**Recipient:**
WEST COVINA, CA US

**Shipper:**
SANTA MONICA, CA US

**Reference**

Paz FAC

Thank you for choosing FedEx.