CHANEL KATIRAIE, Esq. SBN 315825
AARON G. FILLER, Esq. SBN 302956
Tensor Law, P.C.
2716 Ocean Park Blvd, #3082
Santa Monica, California 90405
Tel: (310) 450-9689
Fax:  (310) 496-3176

Attorneys for Plaintiff
  Paz De La Huerta

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PAZ DE LA HUERTA,<br><br><br>                    Plaintiff,<br>         vs.<br><br>HARVEY WEINSTEIN, an individual;<br>THE WEINSTEIN COMPANY, a<br>Delaware LLC; FOUR SEASONS<br>HOTELS, LTD, a Canadian Corporation ;<br>BURTON WAY HOTELS, LTD, a<br>California Limited Partnership; BURTON<br>WAY HOTELS LLC, a Delaware LLC; and<br>DOES 1 to 25, inclusive,<br><br>                    Defendants. | Case No.  2:19-cv-02183<br><br>Assigned for all purposes to:<br>   Hon. Otis D. Wright II<br><br>**REPLY TO RESPONSE TO MOTION FOR REMAND TO STATE COURT**<br><br>Hearing Date: April 22, 2019<br>Time:<br>Courtroom:<br><br>Complaint Filed: November 12, 2018<br>FAC Filed:       February 4, 2019<br>Trial Date:      Not Yet Set |

-1-

## REPLY TO OPPOSITION TO MOTION FOR REMAND

In Plaintiff's Motion for Remand, Plaintiff pointed out that Defendant Four Season's Motion for Removal was filed 31 days after February 19, 2019 and that Defendant had admitted that it was served on February 19th in the body of its Motion for Removal.

In Opposition, Defendant Four Seasons asserts that its admission was a "scrivener's error." In support of this Defendant provides a FedEx receipt noting delivery February 20th.

The efforts of Defendant to rely on the FedEx receipt showing delivery of a paper copy on February 20 is disingenuous and irrelevant.

The Superior Court of California is now on an eFile system. Defendant was served immediately by electronic service on February 19th, 2019. This provides adequate notice of the filing under California statutes. It is true that Plaintiff, as a courtesy, then provided a paper copy to Defendants by FedEx. However, there is nothing about receiving paper service on February 20th, 2019, that somehow "un-notices" Defendant Four Seasons from the eFile service it received on February 19th.

Thus, Four Season's Motion for Removal is untimely, and the case must be remanded to California Superior Court.

Date:  April 8, 2019

AARON G. FILLER, Esq.
Tensor Law P.C.


By:_____
          Aaron G. Filler, Esq.

Aaron G. Filler, Esq.
Chanel Katiraie, Esq.
TENSOR LAW PC
Attorneys for Plaintiff,

PAZ DE LA HUERTA

-2-

**PROOF OF SERVICE**

**US DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2716 Ocean Park Blvd, #3082, Santa Monica, CA 90405.

On April 8, 2019 I served the foregoing document(s) described as **REPLY TO RESPONSE TO MOTION FOR REMAND** on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☐ **(BY MAIL)** I deposited such envelope(s) in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of TENSOR LAW, P.C., and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _FEDERAL EXPRESS to receive said documents, with delivery fees provided for.  I am readily familiar with the practices of TENSOR LAW P.C., for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by FEDERAL EXPRESS on said date in the ordinary course of business as to parties not ECF-registered.

☒ **(BY THE COURT'S ECF SYSTEM)** I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California, Western Division on all ECF-registered parties in the action.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ (State)   I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on April 8, 2019 at Santa Monica, California

Jodean Petersen
_____
Type or Print Name

_____
Signature

-3-

1

2

## PAZ DE LA HUERTA v. HARVEY WEINSTEIN, ET AL
### US DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### SERVICE LIST

3

4

5

6

7

8

9

10

11

12

13

| | |
|---|---|
| Carol Baidas, Esq.<br>Philip K. Schrieffer, Esq.<br>**P.K. SCHRIEFFER LLP**<br>100 North Barranca Street, Suite 1100<br>West Covina, CA 91791<br>Phone: (626) 373-2444<br>Facsimile: (626) 974-8403<br>*pks@pksllp.com*<br>*cab@pksllp.com* | Attorneys for Defendants:<br><br>THE FOUR SEASONS HOTELS<br>LTD<br>BURTON WAY HOTELS LTD<br>BURTON WAY HOTELS LLC |
| Phyllis Kupferstein<br>**KUPFERSTEIN MANUEL LLP**<br>865 South Figueroa Street, Suite 3338<br>Los Angeles, California 90017<br>213-988-7531 main<br>213-988-7532 fax<br>pk@kupfersteinmanuel.com | Attorneys for Defendant:<br><br>HARVEY WEINSTEIN |

14

/S/ Aaron G. Filler

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REPLY TO RESPONSE TO MOTION FOR REMAND