# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Aaron Filler, 302956<br>Tensor Law, P.C.<br>2716 Ocean Park Blvd. #3082 | | 310-450-9689 | **FILED**<br>Superior Court of California<br>County of Los Angeles |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>PDLH-HW | | DEC 12 2018 |

Insert name of court, judicial district or branch court, if any:

Spring St.
312 N. Spring St.
Los Angeles, CA 90012

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Patrice Offord

**PLAINTIFF:**

Paz De La Huerta

**DEFENDANT:**

Harvey Weinstein, et al

| **PROOF OF SERVICE BY MAIL** | | | 88c5 | CASE NUMBER:<br>18STCV04723 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd., Suite 223 Novato, CA 94947.

On 11/30/2018, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons; Complaint; Civil Case Cover Sheet; Civil Case Sheet Addendum and Statement of Location; Notice of Case Assignment; Third Amended General Order - Final Status Conference, Personal Injury ("PI") Courts (Effective as of January 26, 2015); First Amended Standing Order - Re: Final Status Conference, Personal Injury ("PI") Courts (Effective as of April 16, 2018); Standing Order Re: Personal Injury Procedures, Central District; ADR Information

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles , California, addressed as follows:

Harvey Weinstein, an individual
50 Jericho Quadrangle, Suite 200
Jericho, NY 11753

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 240.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

*Peter Fuster*

Peter Fuster

OL # 12494303