# EXHIBIT B

**Subject:** Re: Harvey Weinstein
**Date:** Tuesday, February 19, 2019 at 11:44:27 AM Pacific Standard Time
**From:** Phyllis Kupferstein
**To:** Aaron G. Filler, Esq.
**CC:** Cynthia Zedalis

Aaron, per our conversation, this confirms that Harvey Weinstein has until March 15 to respond to the first amended complaint. Thank you for your courtesy.

Phyllis Kupferstein
Kupferstein Manuel LLP
865 South Figueroa Street, Suite 3338
Los Angeles, California 90017
213-988-7531 main
213-988-7532 fax
pk@kupfersteinmanuel.com


On Feb 18, 2019, at 12:03 PM, Aaron G. Filler, Esq. <afiller@tensorlaw.com> wrote:

> Ms. Kupferstein,
>
> I'm planning to file a default as to Harvey Weinstein on Tuesday for the California Superior Court case attached - 18STCV04723
>
> You have previously refused to accept service.
> We have adequate diligence.
> I have served Mr. Weinstein at:
>
> Harvey Weinstein. an individual
> 50 Jericho Quadrangle, Suite 200 - '
> Jericho. NY 11753
>
> Separately, there is Cal CD action – we have previously filed with that court Hon. Stephen Wilson – for leave to serve by publication after Connecticut failed. He has wanted us to wait while other 12b6 motions have been processed in case of amendment.
> Presently, that case is "on hold" as the court is now a month late on issuing a ruling.
>
> However – please give me a call if you would like to discuss any of this – my cell is 310 621-1983
> --
> Aaron G. Filler, MD, PhD, JD
> State Bar of California # 302956
> afiller@tensorlaw.com
>
> Tensor Law P.C.
> 2716 Ocean Park Blvd, #3082
> Santa Monica, CA 90405
> State Bar of California Certificate # 21835
> Phone: 310 450-9689

Cell: 310 621-1983
Fax: 310 496-3176

This email transmission and the documents accompanying this email transmission contain information belonging to the sender the intended recipient which is legally privileged, confidential, and exempt from disclosure under applicable laws. The information is intended only for the viewing and use of the individual or entity to which it is addressed. If you are not the recipient, or the employee or the agent responsible for delivering the email to the intended recipient, you are hereby notified that the disclosure, copying, distribution or the taking of any action in the reliance of the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone to arrange for the return of the original documents and its attachments in accordance with *Rico vs. Mitsubishi Motors Corp.* (2007) 42 Cal.4th 807, 817, 68 Cal.Rptr.3d 758 and other California law.

On 2/18/19, 8:10 AM, "Phyllis Kupferstein" <pk@kupfersteinmanuel.com> wrote:

   Have you been trying to serve him in Connecticut?

   Phyllis Kupferstein
   Kupferstein Manuel LLP
   865 South Figueroa Street, Suite 3338
   Los Angeles, California 90017
   213-988-7531 main
   213-988-7532 fax
   pk@kupfersteinmanuel.com

<18-11-13 PDLH v HW Complaint.pdf>

<18-11-13 Summons_HW.pdf>

<19-2-4 PDLH v HWC Complaint-FAC.pdf>

<18-12-11 POS Harvey Weinstein.pdf>

<18-12-12 POS HW.pdf>

<19-1-11 - Court pends ruling - 2-18-cv-01490-SVW.pdf>

<18-10-1 D82 SAC.pdf>

<107-1 Proposed Sur-Reply.pdf>