# EXHIBIT C

**Subject:** Re: De La Huerta v. Weinstein
**Date:** Monday, March 11, 2019 at 1:48:44 PM Pacific Daylight Time
**From:** Cynthia Zedalis
**To:** Aaron G. Filler, Esq.
**CC:** Phyllis Kupferstein, Chanel Katiraie, Carol A. Baidas, Paul Schrieffer, marvin.putnam@lw.com

Thank you!

Cynthia L. Zedalis
**Kupferstein Manuel LLP**
865 South Figueroa Street, Suite 3338
Los Angeles, California  90017
213-988-7531 main
213-988-7532 fax
cz@kupfersteinmanuel.com



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Aaron G. Filler, Esq. <afiller@tensorlaw.com>
**Sent:** Monday, March 11, 2019 3:41:44 PM
**To:** Cynthia Zedalis
**Cc:** Phyllis Kupferstein; Chanel Katiraie; Carol A. Baidas; Paul Schrieffer; marvin.putnam@lw.com
**Subject:** Re: De La Huerta v. Weinstein

Ms. Zedalis, Ms. Kupferstein,
Thanks for your correspondence.
Yes, we are happy to extend the response deadline to March 29, 2019.

--
Aaron G. Filler, MD, PhD, JD
State Bar of California # 302956
afiller@tensorlaw.com

Tensor Law P.C.
2716 Ocean Park Blvd, #3082
Santa Monica, CA 90405
State Bar of California Certificate # 21835
Phone: 310 450-9689
Fax: 310 496-3176

This email transmission and the documents accompanying this email transmission contain information belonging to the sender the intended recipient which is legally privileged, confidential, and exempt from disclosure under applicable laws. The information is intended only for the

viewing and use of the individual or entity to which it is addressed. If you are not the recipient, or the employee or the agent responsible for delivering the email to the intended recipient, you are hereby notified that the disclosure, copying, distribution or the taking of any action in the reliance of the contents of this emailed information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone to arrange for the return of the original documents and its attachments in accordance with *Rico vs. Mitsubishi Motors Corp.* (2007) 42 Cal.4th 807, 817, 68 Cal.Rptr.3d 758 and other California law.

---

**From:** Cynthia Zedalis <cz@kupfersteinmanuel.com>
**Date:** Monday, March 11, 2019 at 1:30 PM
**To:** Aaron Filler <afiller@tensorlaw.com>
**Cc:** Phyllis Kupferstein <pk@kupfersteinmanuel.com>
**Subject:** De La Huerta v. Weinstein

Hi Aaron,

Would you agree to extend our time to file a response to the FAC to March 29, 2019?  We've been traveling for spring break and would appreciate the extra time.

Thanks,
Cindy Zedalis


Cynthia L. Zedalis
**Kupferstein Manuel LLP**
865 South Figueroa Street, Suite 3338
Los Angeles, California  90017
213-988-7531 main
213-988-7532 fax
cz@kupfersteinmanuel.com



The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.